NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERFINDERGEMEINSCHAFT UROPEP GBR,**
*Plaintiff-Appellee*

**v.**

**ELI LILLY AND COMPANY,**
*Defendant-Appellant*

---

2017-2603

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:15-cv-01202-WCB, Circuit Judge William C. Bryson.

---

**JUDGMENT**

---

JOHN SCOTT MCBRIDE, Bartlit Beck Herman Palenchar & Scott LLP, Chicago, IL, argued for plaintiff-appellee. Also represented by ADAM MORTARA, BENJAMIN JOHN WHITING; MEG E. FASULO, JOHN HUGHES, NOSSON KNOBLOCH, Denver, CO.

CHARLES E. LIPSEY, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for defendant-appellant. Also represented by JENNIFER SWAN, Palo Alto, CA; HOWARD WARREN LEVINE, Washington, DC.

————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 October 10, 2018         /s/ Peter R. Marksteiner
      Date                Peter R. Marksteiner
                        Clerk of Court